1 | STEVEN G. KALAR
Federal Public Defender
2 | ROBERT M. CARLIN
Assistant Federal Public Defender
3 | 55 South Market Street, Suite 820
San Jose, CA 95113
4 | Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
ENRIQUE LOPEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00391-DLJ |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. | |
| ENRIQUE LOPEZ GUZMAN, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Jeffrey Nedrow, and Defendant ENRIQUE LOPEZ GUZMAN ("Mr. Lopez"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from September 25 to October 28, 2014, at 33:00 a.m.

1. Mr. Lopez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Honorable Court has been scheduled for September 25, 2014, at 9:00 a.m.

1

1    3. Counsel needs to investigate an issue that Mr. Lopez raised on September 23, 2014,
2  which could affect the eventual disposition of the case.
3    5. Therefore, Mr. Lopez respectfully requests that the status hearing be continued as
4  requested, and agrees to the exclusion of time from September 25 to October 28, 2014, pursuant
5  to 18 U.S.C. § 3161 (h)(7)(A).
6    5. Accordingly, the parties request that the status hearing be continued to October 28,
7  2014, at 33:00 a.m.
8
9  IT IS SO STIPULATED.

10                              Respectfully submitted,

11                              STEVEN G. KALAR
                                Federal Public Defender
12

13
                                ___/s/_____
14 Dated: September 23, 2014    ROBERT CARLIN
                                Assistant Federal Public Defender
15

16                              UNITED STATES ATTORNEY

17

18 Dated: September 23, 2014    ___/s/_____
                                JEFFREY NEDROW
19                              Assistant United States Attorney

20

21

22

23

24

25

26

2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
ENRIQUE LOPEZ GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 14-00391-DLJ |
| Plaintiff, ) | **[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ENRIQUE LOPEZ GUZMAN, ) | |
| Defendant. ) | |

1. Mr. Lopez has been charged in the above captioned case in a single count indictment with a violation of 8 U.S.C. §§ 1326 (a) and (b).

2. A status conference before this Court has been scheduled for September 25, 2014, at 9:00 a.m.

3. Counsel needs to investigate an issue that Mr. Lopez raised on September 23, 2014, which could affect the eventual disposition of the case.

4. The parties have requested that the status hearing be continued to October 28, 2014, at 33:00 a.m.

3

1    5. There is good cause for the requested continuance, and the "ends of justice" served by
2 taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3 18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from September 25 to October 28, 2014, is
4 excluded pursuant to section § 3161 (h)(7)(A).
5    5. The status hearing in this matter shall be continued to October 28, 2014, at 33:00 a.m.

7    IT IS SO ORDERED.

9 Dated: _____JEDJ EFI_____    _____
                                 HON. D. LOWELL JENSEN
10                               United States District Judge